The State of Texas    Case 2013-CR-3125

vs.

Gary Campbell

4th court of App

## Notice of No Right to Appeal
## And right to Appeal

The Defendant does not have the Right to Appeal. The Defendant is a mentally Ill Defendant and was not In his Rational mind At the time of trial which caused him to be unable to Assist his Attorney in his own Defense And the out come is A plea Bargain eventhough the evidence was in favor of the defense. ( see Notice of Incompetant Defendant Also filed in this Appeal). The Defendant had previously been found incompetant In this case file. The Defendant was not on his court compelled medication which causes him to be in his Rational mind. The Appeallant Ask that the courts hear this Appeal. The Defendant complained he could not Get prescribed A medication that did not make him sick.

Gary Campbell
205 N. Comal
San Antonio, Tx. 78207



IN THE COURT OF APPEAL
AT SAN ANTONIO, TEXAS
FILED
2015 JAN -5 PM 2:52

Gary Campbell #887460
200 N. Comal
San Antonio, Tx. 78207

THE STATE OF TEXAS · COUNTY OF BEXAR

BEXAR COUNTY JAIL

INMATE MAIL

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN -5 PM 2: 52

Keith E. Hottle
CLERK

INDIGENT

4th Court of Appeals
300 Dolorosa St. Suite 3200
San Antonio, Tx. 78205

neopost
12/30/2014
US POSTAGE $00.48
FIRST-CLASS MAIL
ZIP 78205
041L11220349